FILED
U.S. DISTRICT COURT
DIV.

2008 JAN 14 PM 3: 50

CLERK
S.C. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARSHALL JOHN DISNEY,          )
                               )
        Petitioner,            )
                               )
v.                             )     Case No. CV406-284
                               )
THOMAS AMMONS, Warden,         )
                               )
        Respondent.            )
_____)

## O R D E R

Before the Court are Petitioner's Motion for Permission to
Appeal In Forma Pauperis (Doc. 35) and Motion for Certificate of
Appealability (Doc. 34). For the following reasons, both motions
are **DENIED.**

The decision to grant or deny a certificate of appealability
is governed by 28 U.S.C. § 2253(c)(2). The Court can only issue a
certificate of appealability if the applicant has made a
substantial showing of the denial of a constitutional right. See
28 U.S.C. § 2253(c)(2). The prisoner must "provide a clear
statement of the contemplated appellate issues, showing that they
are debatable among jurists of reason and that a court could
resolve them in a different manner, or that the questions are
adequate to deserve encouragement to proceed further." United
States v. Burkhalter, 966 F. Supp. 1223, 1225 (S.D. Ga. 1997)
(internal citations, quotations and alterations omitted).

In this case, Petitioner's claim was time barred under the one-year statute of limitations provided in 28 U.S.C. § 2244(d)(1). Petitioner believes that the statute of limitations should be equitably tolled in his situation. However, Petitioner filed his claim more than six years after his conviction was final and has produced no evidence of circumstances that would justify a tolling of the statute of limitations in this case. Thus, he has failed to make a substantial showing of the denial of a constitutional right, and he has not provided a clear statement of appellate issues which are debatable among jurists of reason. For these reasons, Petitioner's certificate of appealability is **DENIED**. His Motion for Permission to Appeal <u>In Forma Pauperis</u> is therefore **DENIED AS MOOT**.

SO ORDERED, this *14th* day of January, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA